UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MARVEN MAGNY,

                        Plaintiff,

      - against –

EXPERIAN,

                        Defendant.

**ORDER**

23-CV-4403 (PKC)(LB)

-----------------------------------------------------------X
MARVEN MAGNY,

                        Plaintiff,

      - against -

TRANSUNION,

                        Defendant.

23-CV-4404 (PKC)(LB)

-----------------------------------------------------------X
PAMELA K. CHEN, United States District Judge:

      Plaintiff Marven Magny filed the above-captioned *pro se* civil actions on June 13, 2023. Plaintiff submitted an application to proceed *in forma pauperis* ("IFP") pursuant to 28 U.S.C. § 1915(a) in each case, but the applications did not contain sufficient information to determine whether Plaintiff is unable to pay the filing fees. On July 6, 2023, the Court entered an order directing Plaintiff to pay the filing fees or present credible evidence of indigency within 14 days. The Order warned Plaintiff that failure to respond would result in dismissal of his actions. More than 14 days have elapsed, and Plaintiff has not submitted the filing fees or completed IFP applications.

      Accordingly, Plaintiff's IFP applications are denied and the complaints are dismissed without prejudice to refile his complaints with proper IFP documentation.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal. *See Coppedge v. United States,* 269 U.S. 438, 444-45 (1962).

SO ORDERED.

*/s/ Pamela K. Chen*
PAMELA K. CHEN
United States District Judge

Dated: Brooklyn, New York
         August 4, 2023